# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00730-CV

### Maria Guadalupe Martinez, Appellant

### v.

### Benjamin Edward Parker, Appellee

---

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-16-003407, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

In a June 28, 2018 order, the trial court dismissed for want of prosecution Maria Guadalupe Martinez's personal-injury lawsuit against Benjamin Edward Parker. Martinez timely filed a verified motion to reinstate her cause on July 26, 2018, which extended the deadline for filing a notice of appeal to ninety days after the trial court signed its dismissal order. *See* Tex. R. App. P. 26.1(a)(3). Martinez's motion to reinstate was overruled by operation of law when the trial court did not rule on it within seventy-five days of the date it signed the dismissal order. *See* Tex. R. Civ. P. 165a(3).

Martinez filed a notice of appeal challenging the trial court's denial of her motion to reinstate on November 11, 2018—more than ninety days after the trial court signed its dismissal order, which makes her notice of appeal untimely. *See* Tex. R. App. P. 26.1(a)(3); *McCoy v. North Forest Indep. Sch. Dist.*, No. 14-07-00523-CV, 2007 WL 5209540, at *2 (Tex. App.—Houston [14th Dist.] Nov. 15, 2007, no pet.) (per curiam) (mem. op.) (dismissing

untimely appeal because order denying motion to reinstate is not separately appealable order from which appellate timeline is calculated); *Weik v. Second Baptist Church of Hous.*, 988 S.W.2d 437, 438 (Tex. App.—Houston [1st Dist.] 1999, pet. denied) (holding that deadline for perfecting appeal runs from date of dismissal order, not from date of trial court's ruling on motion to reinstate). We sent Martinez notice that her appeal would be dismissed if she did not provide us within ten days proof of timely mailing of her notice of appeal. More than ten days have elapsed, and we have received no response from Martinez.

Because Martinez did not timely file her notice of appeal, we do not have jurisdiction and must dismiss this appeal. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed: August 23, 2019